01-15-01007-CR



## JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 4:03:29 PM
CHRISTOPHER A. PRINE
Clerk

November 30, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. Jerry Lee Cozart**
**CASE NUMBER: 14CR1904**
**405th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 10/27/15**
> **Notice of Appeal: 10/27/2015**
> **Motion for New Trial: 11/25/15**
> **Offense Convicted of: AGG SEXUAL ASSAULT OF ELDERLY/DISABLED PERSON**
> **Judgment and Sentence: Five Years Institutional Division TDCJ**
> **Trial Judge: Michelle Slaughter**
> **Court Reporter: Cylena Korkmas**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Tracy Petermann

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

14 – CR – 1904
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1138060



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Mark W Stevens, Attorney for Appellant
PO BOX 8118
Galveston TX  77553

CC: Cylena Korkmas, Court Reporter
600 59th Street
Galveston Texas 77551

CAUSE NUMBER 14CR1904 + 14CRA05

THE STATE OF TEXAS

VS.

Jerry Lee Cozart

IN THE DISTRICT COURT OF

GALVESTON, COUNTY, TEXAS

405th JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this 27th day of October, 2015 the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____

Defendant Jerry Lee Cozart

Or

_____
Attorney
State BarNo. _____

## The Following to be Completed by Clerk:

Date of Judgment or other Order Appealed from: 10-27-15
Name of Trial Court Judge: Michelle Slaughter
Name of Court Reporter: Cylena Korkmas
Name of Attorney on Appeal: Mark W. Stevens    Bar No. _____
Address: P.O. Box 8118, Galveston, TX. 77553
Telephone No. 409-765-6306         Fax No. 409-765-6469
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County
Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston,
Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?    Yes ✓   No _____
Offense Convicted of: Agg Sexual Assault a Elderly / Disabled Person
Punishment Assessed: Five (5) Yrs TDCJ
Who Assessed Punishment?  Trial Court _____   Jury ✓
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond?  Yes _____   No ✓